Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Bldg.
201 W. 14Th St., Room 106
PO BOX 12308
Austin, TX 78711-2308

82,156-01

30 April 2015

Dear Mr Acosta,
    My address has changed Re: Case No. 20060D03223-384-1. My 11.07 Writ of Habeas Corpus was filed in your Court on September 15, 2014.

My new address is:
El Paso Center North
1700 Horizon Blvd. North
El Paso, TX 79927
(915) 852-1505

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

Please make note of The new address in my file.

                    Sincerely,
                    Walter Bruce Cornet
                    Walter Bruce Cornet
                    TDCJ-ID# 1553441